David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, PRESTON L. HENSON*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

PRESTON L. HENSON,

    Plaintiff,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION; WELLS FARGO CARD SERVICES; WELLS FARGO HOME EQUITY; EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

Case No. 2:17-cv-00895-MMD-VCF

**STIPULATION AND ORDER DISMISSING ACTION AS TO WELLS FARGO CARD SERVICES AND WELLS FARGO HOME EQUITY ONLY**

    Plaintiff PRESTON L. HENSON and Defendants WELLS FARGO HOME EQUITY and WELLS FARGO CARD SERVICES hereby stipulate and agree that

…

…

…

…

…

the above-entitled action shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WELLS FARGO HOME EQUITY and WELLS FARGO CARD SERVICES**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: November 13, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff*<br>*PRESTON L. HENSON* | /s/ Kelly H. Dove, Esq.<br>Kelly H. Dove, Esq.<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169-5958<br><br>*Attorney for Defendants*<br>*WELLS FARGO HOME EQUITY and*<br>*WELLS FARGO CARD SERVICES* |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: November 13, 2017